UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 08, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAY LEVY,<br><br>Defendant. | Case No. 2:17-mj-0202-CKD<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MAY LEVY__,

Case No. __2:17-mj-0202-CKD__ from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ $50,000, cosigned by aunt and husband.

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Pretrial Services conditions of release.

Issued at Sacramento, California on December 08, 2017 at 7:45 pm

By: _____
Magistrate Judge Carolyn K. Delaney