MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-17-232 GEB
              Plaintiff,                   )
                             )    ORDER
     v.                                                )
                             )
MAY LEVY,                                      )
              Defendant.              ) Judge: Hon. Kendall J. Newman
================================)

      IT IS HEREBY ORDERED that the pre-trial release conditions for defendant May Levy are modified in the following manner:

      "1.     You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

      All other conditions of release remain in full force and effect.

Dated:  February 7, 2018

                                                                     KENDALL J. NEWMAN
                                                                     UNITED STATES MAGISTRATE JUDGE