MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MAY LEVY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  ) | No. 2:17-cr-00232 GEB-3 |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v.  ) | ORDER ADDING THE CDCA TO |
| ) | DISTRICTS APPROVED FOR TRAVEL |
| ) | |
| MAY LEVY, ) | Date: |
| ) | Time: |
| Defendant. ) | Judge: Hon. Magistrate Deborah Barnes |

==============================)

Mr. Levy's special conditions of pre-trial release are found in ECF document 5. Special Condition 5 limits his travel to the Eastern and Northern Districts of California.

May Levy needs to attend a one-day manager's conference for his company that will take place in Los Angeles on April 3, 2018. Future business meetings may take place in Los Angeles as well.

I have spoken with Kalisi Kupu [510-637-3757], the NDCA pre-trial services officer, and Tai Gaskins, the EDCA pre-trial services officer, for my client, May Levy. Ms. Kupu and Ms. Gaskins both informed me that they will approve the business trip, but that Mr. Levy needs to have his special conditions of pre-trial release amended to include the Central District of California.

-1-

I spoke with AUSA Matt Yelovich and he informed me that he has no opposition to permanently adding the CDCA to Mr. Levy's pre-approved districts for travel. Ms. Kupu and Ms. Gaskins also approve adding the CDCA to Mr. Levy's pre-approved districts for travel.

Special Condition Number 5 presently limits Mr. Levy's travel to the Eastern and Northern Districts of California.

Accordingly, the parties hereby stipulate that the Court amend condition #5 to read "Your travel is restricted to the Eastern, Northern and Central Districts of California, unless otherwise approved in advance by the pretrial services officer."

Dated: March 21, 2018  Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for May Levy

Dated: March 21, 2018  McGREGOR SCOTT
United States Attorney

/s/ Matt Yelovich
MATT YELOVICH
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Levy's Special Condition of Release #5 will now read "Your travel is restricted to the Eastern, Northern and Central Districts of California, unless otherwise approved in advance by the pretrial services officer."

Dated: March 21, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE