| | |
|---|---|
| 1 | MICHAEL D. LONG  (CA State Bar #149475) |
| 2 | 901 H Street, Suite 301<br>Sacramento, CA 95814 |
| 3 | (916) 201-4188<br>Mike.Long.Law@msn.com |
| 4 | |
| 5 | Attorney for MAY LEVY |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 17-232 GEB
                Plaintiff,                                  )
                                        ) STIPULATION AND [PROPOSED]
     v.                                                 ) ORDER EXONERATING MR. LEVY'S
                                        ) UNSECURED APPEARANCE BOND
                                        )
MAY LEVY,                                        )
                                        )
                Defendant.                              ) Judge: Hon. Garland E. Burrell, Jr.
==============================)

      On August 10, 2018, defendant May Levy was sentenced to 24 months of probation. As his criminal case is now completed, the government, by and through AUSA Matt Yelovich, and Defendant May Levy, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Levy's unsecured appearance bond (ECF document 21) should be exonerated.

Dated:  August 10, 2018                            Respectfully submitted,

                                                              /s/ *Michael D. Long*
                                                              MICHAEL D. LONG
                                                              Attorney for May Levy


Dated:  August 10, 2018                            McGREGOR SCOTT
                                                             United States Attorney

                                                              /s/ *Matthew Yelovich*
                                                              MATTHEW YELOVICH
                                                              Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Levy's unsecured appearance bond (ECF document 21) is hereby exonerated.

Dated: August 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge