**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.       **RE: May Levy**
Senior United States District Judge         **Docket Number: 0972 2:17CR00232-3**
Sacramento, California                    <u>**PERMISSION TO TRAVEL**</u>
                                           <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

May Levy is requesting permission to travel to Israel. May Levy is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 10, 2018, May Levy was sentenced for the offense of 18 U.S.C. § 1955(a) – Conducting an Illegal Gambling Business.

**Sentence Imposed:** 24 months probation, $100 S.A., and $2,000 fine.

**Dates and Mode of Travel:** On or before October 31, 2018

**Purpose:** Mr. Levy is an Israeli citizen. At his sentencing hearing, the defendant's passport was returned to him by the United States Attorney's Office, so he could voluntarily return to his home country of Israel. The defendant is requesting to return home to Israel where he intends to remain. He does not intend to return to the United States during his term of probation. The undersigning probation officer has contacted the parties who have no objection to this defendant returning to his home country of Israel at this time. It is also noted the defendant has satisfied his $100 special assessment and $2,000 fine.

1

**RE:     May Levy
         Docket Number:  0972 2:17CR00232-3
         <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

          Respectfully submitted,

          **Robert A. Ramirez**
          Chief United States Probation Officer

          By:     **Erica N. Tatum**
          United States Probation Officer

Dated:   August 14, 2018
         Sacramento, California

**REVIEWED BY:**     _____ for
                    **Hugo Ortiz**
                    Supervising United States Probation Officer

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

Dated:  August 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge